IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

IN RE:                                    CHAPTER 11 BANKRUPTCY PROCEEDING

TAL-PORT INDUSTRIES, LLC            CASE NUMBER : 08-03412 NPO

---

MISSISSIPPI BAND OF CHOCTAW INDIANS,
d/b/a CHAHTA ENTERPRISES                            PLAINTIFF

V.                                  CIVIL ACTION NO. 4:09CV34DPJ-JCS

JAMES W. HOOD AND TALMADGE B. PORTIS, JR.,     DEFENDANTS

### AGREED ORDER OF REMAND TO TRIBAL COURT

THIS DAY this cause came on to be heard upon joint motion, *ore tenus*, of the Plaintiff and Defendants for remand of the above styled and numbered cause to the Choctaw Tribal Court for dismissal with prejudice in accordance with the terms of the parties' settlement agreement. Finding good cause, the Court is of the opinion that said motion should be and is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be remanded to the Choctaw Tribal Court, bearing Cause No. 2009-378, for dismissal with prejudice in accordance with the terms of the parties' compromise of the action.

SO ORDERED AND ADJUDGED on this the 16 day of August, 2009.

                                               DANIEL P. JORDAN
                                               UNITED STATES DISTRICT JUDGE

AGREED:

_[signature]_
Richard A. Montague, Jr. (MS Bar No. 3411)
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
Post Office Box 1970
Jackson, Mississippi 39215-1970
Telephone: (601) 354-5400
Facsimile: (601) 355-5850
rmontague@wellsmoore.com

ATTORNEY FOR JAMES W. HOOD and
TALMADGE B. PORTIS, JR.

_[signature]_
Timothy W. Lindsay (MS Bar No. 1262)
OGELTREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 360-8444
Facsimile: (601) 360-0995
Tim.Lindsay@OgletreeDeakins.com

ATTORNEY FOR MISSISSIPPI BAND OF
CHOCTAW INDIANS d/b/a CHAHTA
ENTERPRISES